*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

### JUDGMENT IN A CIVIL CASE

**DEON LAWRENCE,**
            **Plaintiff,**

            **vs.**                                                              **1:20-CV-00694 (MAD/DJS)**

**DERRICK SHERMAN; ERIC CLIFFORD;**
**and MAYOR GARY MCCARTHY, City of**
**Schenectady,**
            **Defendants.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
    tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Dkt. No.
51) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter
judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-
Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 18th day of July, 2022.

DATED: July 18, 2022

Clerk of Court

s/Britney Norton
Deputy Clerk